1218

No. 10–691. ALLIANCE LOGISTICS, INC., NKA ALLIANCE 3PL CORP. *v.* NEW PRIME, INC., DBA PRIME, INC. C. A. 7th Cir. Certiorari denied.

No. 10–692. SCHNELLER *v.* ABLE HOME CARE, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–693. ERNST & YOUNG, LLP, ET AL. *v.* CLARK, COMMISSIONER, KENTUCKY DEPARTMENT OF INSURANCE, ET AL. Sup. Ct. Ky. Certiorari denied.

No. 10–696. JOHNSON *v.* CITY OF MEMPHIS, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–703. MUMID ET AL. *v.* ABRAHAM LINCOLN HIGH SCHOOL ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–714. MARION, RECEIVER FOR BENTLEY FINANCIAL SERVICES, INC. *v.* PENINSULA BANK ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–723. GREY *v.* TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 10–734. GRACIA BAZAN *v.* TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 10–744. WALDRON *v.* CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–745. URNIKIS-NEGRO *v.* AMERICAN FAMILY PROPERTY SERVICES ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–750. BRADFORD *v.* SWARTHOUT, ACTING WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–758. B. D. S. D. *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 10–759. ASLANI ET AL. *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. Ct. App. Mich. Certiorari denied.